■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS W. DORSETT, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed February 15, 1977. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, J. P., Latham, Titone and Suozzi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL EDDINS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered July 26, 1977, convicting him of criminal possession of stolen property in the second and third degrees, upon a jury verdict, and imposing sentence. Judgment affirmed. We have considered defendant's contentions and find them to be lacking in merit. Mollen, P. J., Hopkins, Titone, Hawkins and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUMBERTO FLORES, Appellant.—Judgment of the County Court, Nassau County, rendered July 27, 1976, affirmed (see People v Crimmins, 36 NY2d 230). Hopkins, J. P., Martuscello, Gulotta and Shapiro, JJ., concur.